Larry Stopol
Levy, Stopol & Camelo, LLP
1425 Reckson Plaza
Uniondale, NY 11556-1425
516-802-7007 (phone)
516-802-7008 (fax)
lstopol@levystopol.com

*Attorneys for Defendant*
*Audiovox, Inc.*

John W. Carpenter (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Phone: (415) 240-4700
Facsimile: (415) 276-9857
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff*
*Technology Licensing Company Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,**<br><br>Plaintiff<br><br>v.<br><br>**AUDIOVOX CORP.**<br><br>Defendant | Case No. C 07cv3508 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>JUDGE: Saundra B. Armstrong |

### Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant AUDIOVOX CORP. ("AUDIOVOX") hereby stipulate to a continuance of the date for the Case Management Conference which is currently set for October 24, 2007 at 3:15 PM.

1      The Parties have agreed to settle the law suit, but need additional time to prepare and
2  execute settlement and licensing documents.

3      The parties have agreed that it would be in the best interest of the parties to seek a
4  continuance of the current due date for the Case Management Conference to <u>December 5, 2007,
5  3:15 PM</u>, or to whatever date and time hereafter as set by the Court.

6
7      The Court has not previously granted a time modification of the Case Management Order
8  in this matter.

9      The present requested time modification would have no material effect on the schedule for
10 this case.

11     Accordingly, it is hereby stipulated and agreed that the current due date for the Case
12 Management Conference be continued to <u>December 5, 2007, 3:15 PM</u>, or to whatever date and
13 time hereafter as set by the Court.

14
15
16                                                 Respectfully submitted,

17 DATED: October 8, 2007
18                                                 John W. Carpenter
                                                *Attorney for Plaintiff*
19                                                 *Technology Licensing Company, Inc.*

20
21 DATED: October 9, 2007                  Levy, Stopol & Camelo, LLP

22
23                                                 By
24                                                 ~~Larry Stopol~~ Dianne H Camelo
25                                                 *Attorneys for Defendant*
                                               *Audiovox Corp.*

26
27

STIPULATION FOR CONTINUING DATE
FOR THE CASE MANAGEMENT HEARING

| | |
|---|---|
| 1 | |
| 2 | **<u>ORDER</u>** |
| 3 | PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO |
| 4 | ORDERED. |

Dated October _____, 2007

_____
The Honorable Saundra B. Armstrong
United States District Judge

3

STIPULATION FOR CONTINUING DATE
FOR THE CASE MANAGEMENT HEARING