John W. Carpenter (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Phone: (415) 240-4700
Facsimile: (415) 276-9857
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff*

*Technology Licensing Company In*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,** Plaintiff v. **AUDIOVOX CORP.** Defendant | Case No. C 07cv3508 SBA  **NOTICE OF DISMISSAL**  JUDGE: Saundra B. Armstrong |

### NOTICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Technology Licensing Company, Inc., through the undersigned counsel, hereby dismisses the above-captioned

NOTICE OF DISMISSAL

1  action with prejudice pursuant to and in accordance with the terms of a Settlement Agreement
2  between Plaintiff Technology Licensing Company, Inc. and Defendant Audiovox Corp.
3
4  .                                              Respectfully submitted,
5
6  DATED:  November 21, 2007
7                                                 _____
                                                   John W. Carpenter
8                                                  *Attorney for Plaintiff*
                                                   *Technology Licensing Company, Inc.*

NOTICE OF DISMISSAL